UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL MAXWELL,<br><br>Petitioner,<br>v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00201-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' motion for enlargement of time (ECF No. 6) is granted. Respondents will have until July 24, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 25th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE