UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RAY MAXWELL,<br><br>        Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>        Respondents. | Case No. 3:19-cv-00201-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 8) is granted. Respondents will have to and including August 7, 2019, to file an answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 24th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE