# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RAY MAXWELL, | Case No. 3:19-cv-00201-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' third Motion for Enlargement of Time (ECF No. 10) is granted. Respondents will have to and including August 21, 2019, to file an answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 8th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE